**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

M. EUGENE GIBBS,

      Plaintiff,

vs.                             CASE NO. 3:11-cv-75-J-34-TEM

UNITED STATES OF AMERICA,
et al.,

      Defendants.
_____

**O R D E R**

This case is before the Court on Plaintiff's Motion to Sever Defendant's Counsel

(Doc. #71) and the Defendants' Response to Plaintiff's Recent Filings (Doc. #74).

Upon due consideration, the Court finds the motion (Doc. #71) should be denied.

Plaintiff cites no legal authority for the motion.  Congress has delegated to the Attorney

General the authority to conduct litigation to which the United States or any of its agencies

or officers is a party.   28 U.S.C. § 516; *see Dresser Industries, Inc. v. United States*, 596

F.2d 1231 (5th Cir. 1979).[1]

**DONE AND ORDERED** at Jacksonville, Florida this 28th  day of September, 2011.

*Thomas E. Morris*
_____
**THOMAS E. MORRIS**
United States Magistrate Judge

Copies to all counsel of record
        and *pro se* parties, if any

_____

[1]In *Bonner v. City of Prichard,* 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc) the
Eleventh Circuit adopted as binding precedent all the decisions of the former Fifth Circuit
handed down prior to the close of business on September 30, 1981.