UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

M. EUGENE GIBBS,

    Plaintiff,

vs.                                                CASE NO. 3:11-cv-75-J-34-TEM

UNITED STATES OF AMERICA,
et al.,

    Defendants.
_____

## O R D E R

This case is before the Court on Plaintiff's Motion to Sever Defendant's Counsel (Doc. #71) and the Defendants' Response to Plaintiff's Recent Filings (Doc. #74).

Upon due consideration, the Court finds the motion (Doc. #71) should be denied. Plaintiff cites no legal authority for the motion. Congress has delegated to the Attorney General the authority to conduct litigation to which the United States or any of its agencies or officers is a party. 28 U.S.C. § 516; *see Dresser Industries, Inc. v. United States*, 596 F.2d 1231 (5th Cir. 1979).[1]

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of September, 2011.

Copies to all counsel of record
    and *pro se* parties, if any

THOMAS E. MORRIS
United States Magistrate Judge

---

[1] In *Bonner v. City of Prichard,* 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc) the Eleventh Circuit adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.